IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


DREAMA STIDHAM, et al.,           )
                                  )
        Plaintiffs,               )
                                  )
v.                                )   No.  3:04-cv-139
                                  )   No.  3:04-cv-168
TIMOTHY HUTCHISON, et al.,        )
                                  )
        Defendants.               )


## **O R D E R**

This civil action is before the court on the plaintiffs' motion for permission to file a forty-four page brief in support of their appeal of the magistrate judge's ruling on four discovery motions [doc. 114] and the plaintiffs' two motions to supplement the brief [docs. 115 and 122].  All of the defendants have filed objections to the plaintiffs' motions arguing that the length of the pleading is excessive and that the arguments in the pleading are not well taken [docs. 116, 118, and 120].

The court agrees with the defendants that the plaintiffs' forty-four page brief with an additional thirteen supplemental pages and a thirty-page exhibit are excessive.  On this basis alone, it is hereby **ORDERED** that the plaintiffs' motion to file a brief in excess of twenty-five pages and motions to supplement are **DENIED**.  In the event the plaintiffs intend to pursue their appeal of the magistrate judge's

order, they shall have ten working days from the entry of this Order to file a proper pleading.

There is a more significant reason, however, to deny the plaintiffs' motions: the plaintiffs' pleadings contain scurrilous attacks on judicial officers of this court and their rulings. These attacks are contemptible and, in this court's opinion, constitute conduct unbecoming an attorney permitted to practice before this court. The court will not tolerate such behavior. Counsel for the plaintiffs is hereby **PUT ON NOTICE** that any further disparaging written or oral statements impugning the motives and character of judges of this court, in this or any other case, will result in a finding of contempt and a report of the behavior to the Tennessee Board of Professional Responsibility. E.D. TN, L.R. 83.7(a).

ENTER:

    *s/ Leon Jordan*
United States District Judge