UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DREAMA STIDHAM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:04-CV-139 |
| ) | No. 3:04-CV-168 |
| ) | (Jordan/Guyton) |
| TIMOTHY HUTCHISON, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 117] of the Honorable Leon Jordan, Senior United States District Judge, for disposition of Knox County's Motion for Protective Order [Doc. 112].

In light of the District Court's Order [Doc. 209] entered August 30, 2005, the Court finds that Knox County's Motion for Protective Order [Doc. 112] shall be **STAYED** and no ruling shall be made on this motion until the collateral state criminal charges are resolved and the stay of this civil action is lifted.

**IT IS SO ORDERED.**

                **ENTER:**

                s/ H. Bruce Guyton
                United States Magistrate Judge