IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DREAMA STIDHAM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:04-cv-139 |
| ) | No. 3:04-cv-168 |
| TIMOTHY HUTCHISON, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

By order of Chief Judge Curtis Collier, Herbert S. Moncier, counsel for the plaintiffs, has been suspended from practicing in this court. Therefore, the plaintiffs are no longer represented by counsel in these civil actions, and it is **ORDERED** that the plaintiffs shall have sixty (60) days from the entry of this Order to obtain new counsel and to have new counsel make an appearance before this court. If the plaintiffs do not obtain new counsel within this time, they will be expected to proceed on their own.

These civil actions remain **STAYED** for all other purposes.

The Clerk of the Court is **DIRECTED** to send a copy of this Order to the plaintiffs at their home addresses.

ENTER:

*s/ Leon Jordan*
United States District Judge